IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11-cv-00476-MOC-DSC

| | |
|---|---|
| ROBERT C. LONON, Individually and as Trustee, and ROBERT C. LONON REVOCABLE LIVING TRUST, | ) ) ) ) |
| Plaintiffs, | ) |
| v. | ) ) |
| BARNETT & COMPANY, INC. a/k/a BARNETT & CO., INC., et. al., | ) ) ) |
| Defendants. | ) ) |

**ORDER**

**THIS MATTER** is before the Court on Defendants Barnett & Company, Inc. and Charles Schwab & Co., Inc.'s Consent Motion to Stay Action Pending Arbitration. Having considered the Consent Motion, the Court finds that it should be **GRANTED**.

It is therefore **ORDERED** that this action is **STAYED** under § 3 of the Federal Arbitration Act, 9 U.S.C. § 3, pending arbitration of this dispute before the Financial Industry Regulatory Authority.

**SO ORDERED**.

Signed: January 6, 2012

David S. Cayer
United States Magistrate Judge